IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-01152-CMA-KLM

ANN C. HOAK,
JOHN NEVRAUMONT, and
SUNIT ANANDWALA,

    Plaintiffs,

v.

UNITED SPECIALTY INSURANCE COMPANY,

    Defendant.

## ORDER DENYING MOTION TO APPOINT INTERIM CLASS COUNSEL

This matter is before the Court on Plaintiffs' Motion to Appoint Interim Class Counsel Pursuant to Rule 23(g). (Doc. # 14.) For the following reasons, the Court denies the Motion without prejudice.

The Local Rules of Practice for this district establish a duty for litigants to consult with one another before filing a motion. Specifically, the Local Rules indicate:

> **Duty to Confer.** Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable, good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

D.C.COLO.LCivR 7.1(a). Notably, motions filed pursuant to Rule 23 of the Federal Rules of Civil Procedure are not included in the exceptions to the duty to confer. *See id*. § 7.1(b).

Plaintiff's Motion does not comply with Local Rule 7.1 because it neither references the duty to confer nor indicates whether the Motion is unopposed. *See generally* (Doc. # 14). Therefore, the Motion is denied without prejudice in accordance with this Court's Practice Standards.[1] *See* CMA Civ. Practice Standard 7.1(A)(e)(2) (noting that motions that do not comply with the Local Rules "may be denied in whole or part without prejudice . . . ."). The Court advises **both parties** to review this Court's Practice Standards before submitting any filing. The Practice Standards are available at www.cod.uscourts.gov.

Based on the foregoing, the Court ORDERS that Plaintiffs' Motion to Appoint Interim Class Counsel Pursuant to Rule 23(g) (Doc. # 14) is DENIED WITHOUT PREJUDICE.

DATED: June 5, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

---

[1] The Court notes that Plaintiffs' motion also fails to conform to CMA Civ. Practice Standard 10.1(b) (Font and Format).