# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 20-cv-01152-CMA-KLM

ANN C. HOAK,
JOHN NEVRAUMONT, and
SUNIT ANANDWALA,

      Plaintiffs,

v.

UNITED SPECIALTY INSURANCE COMPANY,

      Defendant.

---

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

---

This matter is before the Court on Defendant United Specialty Insurance Company's Motion to Stay Proceedings Pending Ruling by Judicial Panel on Multidistrict Litigation. (Doc. # 21.) Having considered the Motion, and finding good cause, the Court ORDERS as follows:

- Defendant's Motion (Doc. # 21) is GRANTED;

- This action is STAYED pending resolution of the Motion for Transfer and Coordination of Actions Pursuant to 28 U.S.C. § 1407, filed in *In re: National Ski Pass Insurance Litigation*, MDL No. 2955 (the "MDL Motion");

- The parties shall file a **joint notice** informing the Court of the outcome of the MDL Motion within **7 days** after the order is entered. If an order has not been

entered by **October 12, 2020**, the parties shall file quarterly status updates beginning on that date;

- In the event this action is not transferred or consolidated upon resolution of the MDL Motion, Defendant's time to answer or respond to the Amended Complaint is extended until 30 days after resolution of the MDL Motion; and

- Any other deadlines in this action are hereby vacated, unless superseded by further order of this Court.

DATED: July 9, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

2